IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC - 2 2016
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DALE MYERS, DWM BUILDERS, LLC, DAN KAUTZ and SUSAN KAUTZ, and DOES 1 through 20 inclusive,<br><br>Defendant. | CV 15-100-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 2nd day of December, 2016.

SUSAN P. WATTERS
United States District Judge