

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CV-15-100-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER DISMISSING WITH PREJUDICE** |
| DALE MYERS; DWM BUILDERS, LLC; DAN KAUTZ and SUSAN KAUTZ; DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |
| DALE MYERS and DWM BUILDERS, LLC, | |
| Counter-Plaintiffs | |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Counter-Defendants | |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 54), and for good cause appearing

IT IS HEREBY ORDERED that the above-captioned matter be, and hereby is, DISMISSED WITH PREJUDICE as fully and finally settled upon its merits. Each party shall be responsible for its own costs and attorneys' fees.

Dated this 9th day of January, 2017.

SUSAN P. WATTERS
U.S. District Court Judge